# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | | |
|---|---|---|
| TERRY PERKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:23-CV-461–D** |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 17, 2024, and Copies To:**

| | |
|---|---|
| Laura Beth Waller | (via CM/ECF electronic notification) |
| Natasha T. McKay | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:  
January 17, 2024

PETER A. MOORE, JR., CLERK  
(By) /s/ Stephanie Mann  
Deputy Clerk