UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TERRY PERKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-461-D** |
| LELAND C. DUDEK, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Laura Beth Waller is awarded fees under 42 U.S.C. § 406(b) in the amount of $35,000, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

This Judgment filed and entered on March 31, 2025, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

March 31, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk